IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GARNET DIGITAL, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE, INC., ET AL.,<br><br>    Defendants. | CIVIL ACTION NO. 6:11-cv-647<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Under Fed. R. Civ. P. 7.1(a)(2), plaintiff states that it has no parent corporation and that no publicly held corporation owns more than 10% of plaintiff's stock.

Dated: December 2, 2011

Respectfully submitted,

  /s/ Matthew J. Antonelli
Matthew J. Antonelli (lead attorney)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4200 Montrose Blvd., Ste. 430
Houston, TX 77006
(713) 581-3000

Attorneys for Garnet Digital, LLC

1