IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GARNET DIGITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC., et al.,<br><br>Defendants. | CIVIL ACTION NO. 6:11-cv-647-LED<br><br><br>**JURY TRIAL DEMANDED** |

## ANSWER TO HEWLETT-PACKARD COMPANY'S COUNTERCLAIMS

Plaintiff Garnet Digital LLC ("Garnet") files this answer to the counterclaims of Defendant Hewlett-Packard Company ("HP") (Dkt. 424), based on its own knowledge as to itself and its own actions and based on information and belief as to all other matters. Any allegation not specifically admitted is denied.

## THE PARTIES

1. Admitted.

2. Admitted.

## JURISDICTION AND VENUE

3. Admitted.

4. Admitted that personal jurisdiction is found in this district. Admitted that venue is proper for these counterclaims. Otherwise denied.

## GENERAL ALLEGATIONS

5. Admitted.

6. Admitted.

7. Admitted.

1

8. Admitted.

## FIRST COUNTERCLAIM
## (DECLARATORY JUDGMENT OF NON-INFRINGEMENT)

9. Garnet realleges and incorporates, by reference, above paragraphs 1–8. Otherwise denied.

10. Denied.

11. Garnet is without knowledge or information sufficient to form a belief as to the truth of HP's allegation that it lacked knowledge pre-filing and thus denies it. Otherwise denied.

12. Denied.

## SECOND COUNTERCLAIM
## DECLARATORY JUDGMENT OF INVALIDITY

13. Garnet realleges and incorporates, by reference, above paragraphs 1–12. Otherwise denied.

14. Denied.

15. Denied.

## PRAYER FOR RELIEF

Denied that HP is entitled to any of the relief sought in its prayer.

## JURY DEMAND

Garnet demands a trial by jury of any issues so triable by right.

Dated: November 7, 2012          Respectfully submitted,

<div style="margin-left: 3em;">

/s/ Matthew J. Antonelli
Matthew J. Antonelli (lead attorney)
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
ANTONELLI, HARRINGTON & THOMPSON LLP
4200 Montrose Blvd., Ste. 430
Houston, TX 77006
(713) 581-3000

*Attorneys for Garnet Digital, LLC*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Matthew J. Antonelli
Matthew J. Antonelli