IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GARNET DIGITAL, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO. 6:11-cv-647 |

## ORDER OF PARTIAL DISMISSAL

Having considered the joint motion of plaintiff Garnet Digital, LLC ("Garnet") and defendant MetroPCS Communications, Inc. ("Defendant") for an order dismissing all claims between Garnet and Defendant, and finding good cause for the same, the Court hereby ORDERS that the motion is GRANTED.

The claims brought by Garnet against Defendant, and any claims brought by Defendant against Garnet, in this action are hereby DISMISSED. For any claim of infringement relating to a LG, Huawei, ZTE, Samsung, Pantech, Casio, Sharp, Apple, Kyocera, or RIM smartphone, the dismissal is with prejudice; otherwise, the dismissal is without prejudice.

Garnet and Defendant shall bear their own costs and attorneys fees.

**So ORDERED and SIGNED this 29th day of January, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**